OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable L.R. Thompson
County Auditor
Taylor County
Abilene, Texas

Dear Sir:                              Opinion No. O-2857

                                       Re:  Are men now in the U.S. Army who
                                            have not served in time of war en-
                                            titled to benefits under Article
                                            1939a, Vernon's Annotated Civil
                                            Statutes?

        Your recent request for an opinion of this department
on the above stated question has been received.

        We quote from your letter as follows:

        "Under Article 1939a of the Revised Civil
Statutes the county clerks are required to furnish
certified copies of documents used in obtaining com-
pensation for World War Veterans, etc.  Section 2
under this article states and defines ex-service men
coming under this article as being entitled to bene-
fits referred to 'for service in time of war'.

        "Are men now in the U.S. Army who have not
served in time of war entitled to such benefits?"

        Article 1939a, Vernon's Annotated Civil Statutes, reads
as follows:

        Section 1.  "That from and after the effec-
tive date of this Act, all county clerks, district
clerks, and other official s of this State who are re-
quired to issue any form of certificate or any copy or
copies of instruments necessary as proof to establish
any claim or claims of ex-service men of the Federal
Government, shall issue such certificate and likewise
certified copies of any instrument necessary to prove
any fact or establish any claim of such ex-service,
free of any charge and shall include the establishing
of compensation statuts, and any otherfact to be es-
tablished to aid and assist  such ex-service men in
completing the record of such service when necessarily
required in the establishment of claims and necessary
service status, and either the World War, the Spanish
American War, or any other active service, where such
service was rendered, and where the person would,
on proper proof, be entitled to compensation, insurance,
or any other form or adjustment service for services

rendered to the United States government by such ex-service men.  The county clerk, district clerk, or other officials issuing such certificates or certified copies of instruments, shall not be liable for any settlement, for any such reduction, and the same shall not be counted as fees collected and chargeable to such office, and shall form no part of the maximum fees of such office.  All the provisions of Section 1 hereof, shall inure to the heirs at law of such ex-service men, where the proof is necessary to establish the claims emanating through or under such ex-service men."

Section 2.  "Ex-service men, as meant in this Act, shall include all those persons recognized by the United States as being entitled to adjustment compensation or other form of settlement for service in time of war."

The above mentioned statute was passed by the 46th Legislature and became effective April 27, 1939.  Section 3 of the Act repeals all conflicting laws and parts of laws and Section 4 declared an emergency and provided that the Act should take effect from and after its passage.

The title of the Act reads as follows:

"An Act providing and directing county Clerks, district clerks, and other officials to issue certificates and certified copies of instruments in their respective offices to ex=service men of the World War and the Spanish American War where such certificate and copies of instruments are necessary to be used for furthering claims and establishing proof of such ex-service men to such claims for compensation, or other claims to be established, defining ex-service men; repealing all laws and parts of laws in conflict herewith; and declaring an emergency."

After carefully considering Article 1939a, supra, and the caption of the Act creating it, you are respectfully advised that it is the opinion of this Department that said act was intended to apply only to ex-service men of the World War and the Spanish American War.

Your question is, therefore, answered in the negative.

Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Ardell Williams
      Ardell Williams
      Assistant

AW:RS:wc

APPROVED NOV 6, 1940
s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee by s/BWB